UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-23870-GAYLES/TORRES
1:21-cv-23149-GAYLES/TORRES

**CERY PERLE**,

    Plaintiff,

v.

**CREDIT CONTROL SERVICES, INC.,**
d/b/a Credit Collection Services,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE

**THIS CAUSE** comes before the Court upon Defendant Credit Control Services, Inc.'s ("Defendant") Unopposed Motion to Join Consolidated Cases for Discovery and Mediation (the "Motion") [ECF No. 7]. Having reviewed the record and being otherwise fully advised, it is

**ORDERED AND ADJUGED** as follows:

1. This action, case number 21-cv-23870-DPG, shall be **CONSOLIDATED** into action, 21-cv-23149-DPG.

2. This action, case number 21-cv-23870-DPG, shall be administratively **CLOSED**. All future filings shall be made in action, 21-cv-23149-DPG.

3. The Clerk of Court shall docket this Order in case number 21-cv-23149-DPG.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of November, 2021.

                                                              _____
                                                              DARRIN P. GAYLES
                                                              UNITED STATES DISTRICT JUDGE